AIMEE CLARK NEWBERRY, ESQ.
Nevada Bar No. 11084
**CLARK NEWBERRY LAW FIRM**
410 S. Rampart Blvd., Suite #390
Las Vegas, Nevada 89145
T: (702) 608-4232
F: (702) 946-1380
aclarknewberry@cnlawlv.com
*Attorney for Collegium Fund LLC Series #24*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| COLLEGIUM FUND LLC SERIES #24, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER; QUALITY LOAN SERVICE CORPORATION; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>Defendants. | CASE NO.:   2:22-CV-00321-JCM-DJA<br><br>**STIPULATION AND ORDER TO POSTPONE FORECLOSURE SALE PENDING MOTION FOR TEMPORARY RESTRAINING ORDER** |

On February 9, 2022, Collegium Fund LLC Series 24 ("Collegium") filed a Complaint in the Eighth Judicial District Court, Case No. A-22-848014-C, against Defendants, Nationstar Mortgage LLC d/b/a Mr. Cooper ("Nationstar") and Quality Loan Service Corporation ("QLS"). On February 16, 2022, Collegium filed an Ex Parte Motion for Temporary Restraining Order and Preliminary Injunction to Enjoin Foreclosure Sale to be held on February 25, 2022.  On February 16, 2022, the Court entered an Order Setting Hearing of Ex Parte Motion for Preliminary Injunction and Temporary Restraining Order which ordered that any opposition to the motion for preliminary injunction shall be filed and served by February 21, 2022 (noon). No opposition was filed.

/ / /

/ / /

On February 22, 2022, Nationstar filed a Notice of Removal to Federal Court Based on Diversity Jurisdiction in the United States District Court, District of Nevada, Case no. 2:22-cv-00321. The Parties hereby stipulate and agree as follows:

1. Nationstar shall postpone the Trustee's Sale for the Subject Property located at **5755 Ancient Agora Street, North Las Vegas, NV 89031, APN: 124-30-410-030,** to allow the Parties to brief Collegium's motion for preliminary injunction in its normal course.

2. Collegium shall file its Motion for Preliminary Injunction on or before March 11, 2022.

3. Nationstar shall file its responsive pleading to the Complaint on or before March 11, 2022.

| DATED this 24th day of February, 2022 | DATED this 24th day of February, 2022 |
|---|---|
| **CLARK NEWBERRY LAW FIRM** | **TROUTMAN PEPPER HAMILTON SANDERS LLP** |
| */s/ Aimee Clark Newberry* <br> AIMEE CLARK NEWBERRY, ESQ. <br> Nevada Bar No. 11084 <br> 410 S. Rampart Blvd., Suite 390 <br> Las Vegas, Nevada 89145 <br> *Attorney for Collegium Fund LLC Series #24* | */s/ Brody R. Wight* <br> BRODY R. WIGHT, ESQ. <br> Nevada Bar No. 13625 <br> 8985 S. Eastern Ave., Ste. 200, Las Vegas, NV 89123 (*Nevada Office*) <br> 600 Peachtree St. NE #3000, Atlanta, GA 30308 (*Corporate Office*) <br> *Attorney for Nationstar Mortgage LLC, dba Mr. Cooper* |

///

///

///

///

///

///

IT IS HEREBY ORDERED that Nationstar shall postpone the Trustee's Sale for the Subject Property located at **5755 Ancient Agora Street, North Las Vegas, NV 89031, APN: 124-30-410-030,** until after the hearing on Collegium's Motion for Preliminary Injunction.

IT IS FURTHER HEREBY ORDERED that Collegium shall file its Motion for Preliminary Injunction on or before March 11, 2022.

IT IS FURTHER HEREBY ORDERED that Nationstar shall file its responsive pleading to the Complaint on or before March 11, 2022.

DATED February 24, 2022.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

CLARK NEWBERRY LAW FIRM

　　*/s/ Aimee Clark Newberry*
AIMEE CLARK NEWBERRY, ESQ.
Nevada Bar No. 11084
410 S. Rampart Blvd., #390
Las Vegas, NV 89145
(702) 608-4232
*Attorney for Collegium #24*