AIMEE CLARK NEWBERRY, ESQ.
Nevada Bar No. 11084
**CLARK NEWBERRY LAW FIRM**
410 S. Rampart Blvd., Suite #390
Las Vegas, Nevada 89145
T: (702) 608-4232
F: (702) 946-1380
aclarknewberry@cnlawlv.com
*Attorney for Collegium Fund LLC Series #24*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| COLLEGIUM FUND LLC SERIES #24, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER; QUALITY LOAN SERVICE CORPORATION; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>Defendants. | CASE NO.:   2:22-CV-00321-JCM-DJA<br><br>**STIPULATION AND ORDER RE FILING DEADLINES FOR DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION, AND PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

On April 14, 2022, the parties met and conferred regarding the deadline for plaintiff COLLEGIUM FUND LLC SERIES #24 ("Plaintiff") to file its opposition to defendant NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER's ("Defendant") Motion to Dismiss, and the deadline for Defendant to file its opposition to Plaintiff's Motion for Preliminary Injunction. Accordingly, the parties stipulated as follows:

1.  Plaintiff's deadline to oppose Defendant's Motion to Dismiss shall be May 16, 2022.

2.  Defendant's deadline to oppose Plaintiff's Motion for Preliminary Injunction shall be May 16, 2022.

/ / /

| | |
|---|---|
| DATED this 15th day of April, 2022 | DATED this 15th day of April, 2022 |
| **CLARK NEWBERRY LAW FIRM** | **TROUTMAN PEPPER HAMILTON SANDERS LLP** |
| */s/ Aimee Clark Newberry* | */s/ Vanessa M. Turley* |
| AIMEE CLARK NEWBERRY, ESQ. | BRODY R. WIGHT, ESQ. |
| Nevada Bar No. 11084 | Nevada Bar No. 13615 |
| 410 S. Rampart Blvd., Suite 390 | VANESSA M. TURLEY, ESQ. |
| Las Vegas, Nevada 89145 | Nevada Bar No. 14635 |
| *Attorney for Collegium Fund LLC Series #24* | 8985 S. Eastern Ave., Ste. 200, Las Vegas, NV 89123 (*Nevada Office*) |
| | 600 Peachtree St. NE #3000, Atlanta, GA 30308 (*Corporate Office*) |
| | *Attorney for Nationstar Mortgage LLC, dba Mr. Cooper* |

IT IS HEREBY ORDERED that Plaintiff shall file its Opposition to Defendant's Motion to Dismiss on or before May 16, 2022.

IT IS FURTHER HEREBY ORDERED that Defendant shall file its Opposition to Plaintiff's Motion for Preliminary Injunction on or before May 16, 2022.

DATED April 22, 2022

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

CLARK NEWBERRY LAW FIRM

 */s/ Aimee Clark Newberry*
AIMEE CLARK NEWBERRY, ESQ.
Nevada Bar No. 11084
410 S. Rampart Blvd., #390
Las Vegas, NV 89145
(702) 608-4232
*Attorney for Collegium #24*