VANESSA M. TURLEY, ESQ.
Nevada Bar No. 14365
TROUTMAN PEPPER HAMILTON SANDERS LLP
8985 S. Eastern Ave., Suite 200
Las Vegas, NV 89123 *(Nevada Office)*
Tel:   (470) 832-5572
Fax:   (404) 962-6800
Vanessa.turley@troutman.com

TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree St. NE # 3000
Atlanta, GA 30308 *(Corporate Office)*

*Attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| COLLEGIUM FUND LLC SERIES #24, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC d/b/a MR. COOPER; QUALITY LOAN SERVICE CORPORATION; DOE individuals I through XX; ROE CORPORATIONS I through XX INCLUSIVE,<br><br>Defendants. | Case No.  2:22-cv-00321-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE** |

Plaintiff, Collegium Fund Series LLC Series #24 ("Collegium") and Defendant, Nationstar Mortgage, LLC d/b/a Mr. Cooper ("Nationstar") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to extend the date for Nationstar to file a Reply in Support of its Motion to Dismiss ("Reply").

In support of the stipulation, the Parties state as follows:

1. On February 9, 2022, Collegium filed the Complaint in the instant matter.

2. On February 22, 2022, Nationstar filed a Removal to Federal Court based on diversity of jurisdiction.

3. On February 24, 2022, The Court signed an Order, from the Parties Stipulation and Order, to postpone the Trustee's Sale for the subject property located at 5755

1

Ancient Agora Street, North Las Vegas, Nevada 89031 (APN: 124-30-410-030), until after the hearing on the Moton for Preliminary Injunction.

4. Plaintiff filed a Motion for a Temporary Restraining Order and Preliminary Injunction in Federal Court on April 11, 2022.

5. Nationstar filed a Motion to Dismiss on April 13, 2022.

6. Plaintiff filed its Opposition to Nationstar's Motion to Dismiss on May 16, 2022.

7. The Parties agree Nationstar shall have until June 6, 2022, to file its Reply in Support of its Motion to Dismiss.

8. Both parties represent this stipulation is not made with any intent to delay or prejudice either party.

**IT IS SO STIPULATED.**

| DATED this 23rd day of May, 2022. | DATED this 23rd day of May, 2022. |
|---|---|
| **Troutman Pepper Hamilton Sanders LLP** | **CLARK NEWBERRY LAW FIRM** |
| */s/    Vanessa M. Turley* <br> Vanessa M. Turley, Esq. <br> Nevada Bar No. 14635 <br> 8985 S. Eastern Avenue, Suite 200 <br> Las Vegas, NV 89123 <br><br> *Counsel for Nationstar Mortgage, LLC* | */s/   Aimee Clark Newberry (w/consent)* <br> Aimee Clark Newberry, Esq. <br> Nevada Bar No. 11084 <br> 410 S. Rampart Blvd, Suite #390, <br> Las Vegas, NV 89145 <br><br> *Counsel for Collegium Fund LLC Series #24* |

#126616839 v1 (260352.000600)

# ORDER

**IT IS HEREBY ORDERED** that Nationstar shall have until June 6, 2022, to file its Reply in Support of its Motion to Dismiss.

The Court, having found good cause and excusable neglect, **IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED:  May 27, 2022

SUBMITTED BY:

**Troutman Pepper Hamilton Sanders LLP**

/s/    *Vanessa M. Turley*
Vanessa M. Turley, Esq.
Nevada Bar No. 14635
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123

*Counsel for Nationstar Mortgage, LLC*

#126616839 v1 (260352.000600)

**Archived:** Monday, May 23, 2022 3:56:34 PM
**From:** Turley, Vanessa M.
**Mail received time:** Mon, 23 May 2022 13:03:45
**Sent:** Mon, 23 May 2022 17:03:43
**To:** Kusch, Janet Owen
**Subject:** *Please File* Palo (24 Sablewood Cir) & Hernandez (2184 Eagle Watch Dr)- Replies in Support of MTS
**Importance:** Normal
**Sensitivity:** None

---

Hi Can you please file? Authorization for e-signature below.

**Vanessa M. Turley**
**Attorney**
**troutman pepper**
Direct: 470.832.5572
vanessa.turley@troutman.com


**From:** Aimee Clark Newberry <aclarknewberry@cnlawlv.com>
**Sent:** Monday, May 23, 2022 12:59 PM
**To:** Turley, Vanessa M. <Vanessa.Turley@troutman.com>
**Cc:** Kusch, Janet Owen <Janet.Kusch@troutman.com>; Streible, Elizabeth M. <Elizabeth.Streible@troutman.com>; Kathy Seckinger <KSeckinger@cnlawlv.com>
**Subject:** RE: Palo (24 Sablewood Cir) & Hernandez (2184 Eagle Watch Dr)- Replies in Support of MTS

**EXTERNAL SENDER**

You may add my electronic signature to the stips.

Thanks.
Aimee

**Aimee Clark Newberry, Esq.**
**Clark Newberry Law Firm**
410 S. Rampart Blvd., Suite 390
Las Vegas, NV 89145
Office- (702) 608-4232
Cell- (702) 816-0321
aclarknewberry@cnlawlv.com


**From:** Turley, Vanessa M. <Vanessa.Turley@troutman.com>
**Sent:** Monday, May 23, 2022 9:57 AM
**To:** Aimee Clark Newberry <aclarknewberry@cnlawlv.com>
**Cc:** Kusch, Janet Owen <Janet.Kusch@troutman.com>; Streible, Elizabeth M. <Elizabeth.Streible@troutman.com>
**Subject:** RE: Palo (24 Sablewood Cir) & Hernandez (2184 Eagle Watch Dr)- Replies in Support of MTS

Here you go! Sorry about that.

**Vanessa M. Turley**
**Attorney**
**troutman pepper**
Direct: 470.832.5572
vanessa.turley@troutman.com

---

**From:** Aimee Clark Newberry <aclarknewberry@cnlawlv.com>
**Sent:** Monday, May 23, 2022 12:54 PM
**To:** Turley, Vanessa M. <Vanessa.Turley@troutman.com>
**Cc:** Kusch, Janet Owen <Janet.Kusch@troutman.com>; Streible, Elizabeth M. <Elizabeth.Streible@troutman.com>
**Subject:** RE: Palo (24 Sablewood Cir) & Hernandez (2184 Eagle Watch Dr)- Replies in Support of MTS

**EXTERNAL SENDER**

The text of both is Collegium 24. The substance is fine, but can you please send back to me with the corrected party info?

Thanks.
Aimee

**Aimee Clark Newberry, Esq.**
**Clark Newberry Law Firm**
410 S. Rampart Blvd., Suite 390
Las Vegas, NV 89145
Office- (702) 608-4232
Cell- (702) 816-0321
aclarknewberry@cnlawlv.com

---

**From:** Turley, Vanessa M. <Vanessa.Turley@troutman.com>
**Sent:** Sunday, May 22, 2022 5:38 PM
**To:** Aimee Clark Newberry <aclarknewberry@cnlawlv.com>
**Cc:** Kusch, Janet Owen <Janet.Kusch@troutman.com>; Streible, Elizabeth M. <Elizabeth.Streible@troutman.com>
**Subject:** RE: Palo (24 Sablewood Cir) & Hernandez (2184 Eagle Watch Dr)- Replies in Support of MTS

Hi Aimee,

Here are the Stipulations. Please let me know if you have revisions or if I can use your e-signature.

Thanks,

**Vanessa M. Turley**
**Attorney**
**troutman pepper**
Direct: 470.832.5572
vanessa.turley@troutman.com

**From:** Aimee Clark Newberry <aclarknewberry@cnlawlv.com>
**Sent:** Saturday, May 21, 2022 4:06 PM
**To:** Turley, Vanessa M. <Vanessa.Turley@troutman.com>
**Cc:** Kusch, Janet Owen <Janet.Kusch@troutman.com>; Streible, Elizabeth M. <Elizabeth.Streible@troutman.com>
**Subject:** Re: Palo (24 Sablewood Cir) & Hernandez (2184 Eagle Watch Dr)- Replies in Support of MTS

**EXTERNAL SENDER**

That works for us.

Do you want to prepare the SAOs or do you want us to?

Aimee

Sent from my iPhone

> On May 21, 2022, at 12:54 PM, Turley, Vanessa M. <Vanessa.Turley@troutman.com> wrote:
>
> Hi Aimee,
>
> I hope all is going well on your end. I see that you had filed your Oppositions to the Motions to Dismiss in Pao & Hernandez. Could you please grant me a 14-day extension to get our replies on file? If you are agreeable our Replies will be due on June 6th and I can circulate a stipulation and order.
>
> Thank you,
>
> **Vanessa M. Turley**
> **Attorney**
> Direct: 470.832.5572
> vanessa.turley@troutman.com
>
> - - - - - - - - - - - - - - - - - - - - -
> **troutman pepper**
> c/o 600 Peachtree Street, NE, Suite 3000
> Atlanta, GA 30308
> troutman.com
>
> Troutman Pepper is a 2021 Mansfield Certified Plus Firm

This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information solely for the intended recipient. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. We have taken precautions to minimize the risk of transmitting computer viruses, but you should scan attachments for viruses and other malicious threats; we are not liable for any loss or damage caused by viruses.